■ KENNETH J. NILSSON, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 71218.)—Appeal from an order of the

Court of Claims (Hanifin, J.), entered January 9, 1986, which, *inter alia,* granted the State's motion to dismiss certain causes of action.

Order affirmed, without costs, upon the opinion of Judge Jerome F. Hanifin. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.